Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail:  service@moorelawfirm.com

Attorney for Plaintiff
Albert Dytch

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No.  3:15-cv-05151-SI |
| Plaintiff, | **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING CASE MANAGEMENT CONFERENCE UNDER GENERAL ORDER 56 AND LOCAL RULE 7-11** |
| vs. | |
| FRANCISCO COELLO DOMINGUEZ dba MARISCOS EL TATA AL ESTILO SINALOA, et al., | |
| Defendants. | |

Plaintiff, Albert Dytch ("Plaintiff"), reports that mediation in this matter took place on July 5, 2016. A Certification of ADR Session was filed on July 5, 2016 stating that the ADR process was complete and that the matter had not settled (Dkt. 23).

Therefore, pursuant to General Order 56, Paragraph 8, and Local Rule 7-11, Plaintiff requests that the Court set a Case Management Conference in this matter.

Dated:  July 6, 2016                                   MOORE LAW FIRM, P.C.


                                                                      */s/ Tanya E. Moore*_____
                                                                      Tanya E. Moore
                                                                      Attorney for Plaintiff,
                                                                      Albert Dytch

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER

1

**ORDER**

2       Upon motion of Plaintiff and good cause appearing,

3       **IT IS HEREBY ORDERED** that a Case Management Conference in this matter is set

4 for ____August 5____, 2016, at 2:30 p.m., in Courtroom 1 located at 450 Golden Gate Avenue,

5 San Francisco, before the Honorable Susan Illston. The Parties shall file their Joint Case

6 Management Conference Statement no later than seven (7) days prior to the conference

7 pursuant to, and in compliance with, Local Rule 16-9.

8

9 **IT IS SO ORDERED.**

10

11 Dated: ____7/7/16_____       _____

12                        SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER