Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>           Plaintiff,<br><br>      vs.<br><br>FRANCISCO COELLO DOMINGUEZ dba MARISCOS EL TATA AL ESTILO SINALOA, et al.,<br><br>           Defendants. | No. 3:15-cv-05151-SI<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION; [~~PROPOSED~~] ORDER** |

WHEREAS, Plaintiff, Albert Dytch ("Plaintiff"), wishes to dismiss Defendants, Francisco Coello Dominguez dba Mariscos El Tata Al Estilo Sinaloa; and Eloisa Sanchez dba Mariscos El Tata Al Estilo Sinaloa ("Defendants") from the above-captioned action pursuant to settlement with Defendants;

WHEREAS, Plaintiff has been unable to obtain a signed stipulation from Defendants for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this action;

///

NOW, THEREFORE, Plaintiff hereby respectfully requests, pursuant to Federal Rule of Civil Procedure 41(a)(2), that Defendants be dismissed from the above-captioned action with prejudice.

Date: October 7, 2016                               MOORE LAW FIRM, P.C.

                                                    */s/ Tanya E. Moore*
                                                    Tanya E. Moore
                                                    Attorney for Plaintiff
                                                    Albert Dytch

## **ORDER**

Pursuant to the request of Plaintiff, and no cross-claim, counter-claim or third-party claim having been filed,

**IT IS HEREBY ORDERED** that Defendants, Francisco Coello Dominguez dba Mariscos El Tata Al Estilo Sinaloa; and Eloisa Sanchez dba Mariscos El Tata Al Estilo Sinaloa be dismissed from the above-captioned action with prejudice.

**IT IS SO ORDERED**.

Dated: 10/11/16                                     _____
                                                    United States District Judge